# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SCOTT MAGNUSON,**

     **Plaintiff,**

**v.**                                 **Case No.  8:09-cv-2251-T-30TBM**

**NCC BUSINESS SERVICES, INC.,**

     **Defendant.**

_____/

## ORDER OF DISMISSAL

     The Court has been advised by Mediation Report (Dkt. #32) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

     **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

     **DONE** and **ORDERED** in Tampa, Florida on July 29, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2251.dismiss 32.wpd